**Frank APPLEWHITE–BEY, Appellant,**

v.

**Lewis C. TRIPOLI, M.D.; Dean Lee, M.D.; Correctional Medical Services, Inc., Appellees.**

No. 07–2163.

United States Court of Appeals, Eighth Circuit.

Submitted: June 26, 2008.

Filed: July 10, 2008.

Frank Applewhite–Bey, Faribault, MN, pro se.

of Iowa.

John Bernard Casserly, Geraghty & O'Loughlin, St. Paul, MN, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Frank Applewhite–Bey appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action in which he had alleged that defendants were deliberately indifferent to his chronic dry-skin condition. He also appeals the denial of two of his motions. After carefully reviewing the record and Applewhite–Bey's arguments, we find no basis for reversal of the order granting summary judgment. *See Popoalii v. Corr. Med. Svcs.*, 512 F.3d 488, 499 (8th Cir. 2008) (standard of review). We also conclude that the district court did not abuse its discretion in denying the challenged motions. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B. We also deny the pending motion for oral argument.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.